# KHEYFITS BELENKY LLP

TEL. 212-203-5399  
FAX. 212-203-6445

80 BROAD STREET  
5TH FLOOR  
NEW YORK, NEW YORK 10004

WWW.KBLIT.COM

ANDREY BELENKY  
ABELENKY@KBLIT.COM

February 9, 2023

**By ECF**

Hon. Jennifer L. Rochon  
United States District Court  
Southern District of New York  
500 Pearl Street, Room 1920  
New York, NY 10007

Re: *KT Imaging USA, LLC v. Fujifilm Holdings Corporation and Fujifilm Holdings America Corporation* (C.A. No. 1:22-cv-8248-JLR) – *Joint Letter Motion To Adjourn Conference*

Your Honor:

Earlier today, the parties in the above-captioned action submitted a report pursuant to Rule 2.D of Your Honor's Individual Rules of Practice in Civil Cases (Dkt. 27). As part of the submission, the parties noted agreement on the schedule, which they attached as Appendix A to the letter.

Given the apparent lack of disputes between the parties relating to the schedule or discovery at this time, the parties respectfully request that the Initial Pretrial Conference scheduled for February 16, 2023 (Dkt. 20) be adjourned. To the extent the Court enters the proposed schedule, this case will proceed along well defined outlines provided by the Local Patent Rules.

Pursuant to Section 1.F of Your Honor's Individual Rules of Practice in Civil Cases, the parties provide the following information regarding the adjournment: (1) the initial pretrial conference is currently scheduled for February 16, 2023; (2) the parties had requested three prior extensions of the conference based on the early pleading stage of the case; (3) the Court granted all prior extension requests; (4) all parties have reviewed this submission and consent to the present adjournment request.

Notwithstanding the above request, the parties naturally have no objection to appearing for the pretrial conference should the Court choose to proceed as originally scheduled.

Respectfully submitted,

/s/ *Andrey Belenky*

Andrey Belenky  
Attorneys for Plaintiff

Respectfully submitted,

/s/ *Richard Martinelli*

Richard Martinelli  
Attorneys for Defendants

---

Request **GRANTED**. The February 16, 2023 initial pretrial conference is adjourned. The Court will separately issue the civil case management plan today, which will include a **July 14, 2023** deadline for the parties to submit a letter stating whether they believe a technology tutorial would be helpful in advance of the *Markman* hearing and proposing four dates for such a tutorial.

SO ORDERED

Dated: February 10, 2023  
New York, New York

*Jennifer Rochon*  
JENNIFER L. ROCHON  
United States District Judge