IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KT IMAGING USA, LLC, | |
| Plaintiff, | Civil Action No.: 1:22-cv-8248-JLR |
| v. | **Jury Trial Demanded** |
| FUJIFILM HOLDINGS CORPORATION and FUJIFILM HOLDINGS AMERICA CORPORATION, | |
| Defendants. | |

**[PROPOSED] ORDER**

Before the Court is the Parties' Stipulation of Voluntary Dismissal.  In accordance with the stipulation, the Court hereby ORDERS that all claims asserted in this action are dismissed WITH PREJUDICE. It is further ORDERED that each party shall bear its own attorneys' fees, costs, and expenses.

**SIGNED this 17th day of March, 2023**

_Jennifer Rochon_
**JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE**

Dated:  March 17, 2023
            New York, New York

1